HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JESUS GONZALEZ-BURGOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00173-JLT-SKO |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE, ORDER** |
| vs. | |
| JESUS GONZALEZ-BURGOS et al, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Kimberly Sanchez counsel for plaintiff, Assistant Federal Defender Reed Grantham, counsel for Jesus Gonzalez-Burgos, Eric Schweitzer, counsel for Gabriel Nunez Gomez, and Nicholas Reyes, counsel for Jose Gutierrez Rubalcalva, Jr., that the status conference currently scheduled for June 29, 2022, at 1:00 p.m. may be continued to November 16, 2022. There is good cause to continue the trial date as set forth below.

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on June 29, 2022.

2. By this stipulation, the parties now move to continue the status conference until November 16, 2022, and to exclude time between June 29, 2022, and November 16, 2022.

3. The parties agree and stipulate, and request that the Court find the following:

a) The discovery associated with this case includes case includes voluminous investigative reports, wire interceptions recordings and electronic messages, precise location information data, and cellular phone downloads, totaling thousands of pages of discovery and several gigabytes of electronic data.

b) Counsel for the defendants' desire additional time to review discovery and to confer with their respective clients regarding a potential resolution of this matter.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 29, 2022 to November 16, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: June 24, 2022        /s/ Kimberly Sanchez
                           KIMBERLY SANCHEZ
                           Assistant United States Attorney
                           Attorney for Plaintiff

Stipulation to Continue Status Conference        -2-

|   |   |
|---|---|
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: June 24, 2022 | /s/ Reed Grantham<br>REED GRANTHAM<br>Assistant Federal Defender<br>Attorney for<br>JESUS GONZALEZ-BURGOS |
| Date: June 24, 2022 | /s/ Eric Schweitzer<br>ERIC SCHWEITZER<br>Attorney for<br>GABRIEL NUNEZ GOMEZ |
| Date: June 24, 2022 | /s/ Nicholas Reyes<br>NICHOLAS REYES<br>Attorney for<br>JOSE GUTIERREZ RUBALCALVA, JR. |

# **O R D E R**

**IT IS SO ORDERED.** The time period of the date of this order to November 16, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The status conference currently scheduled for June 29, 2022, at 1:00 p.m. is hereby continued to November 16, 2022, at 1:00 p.m.

The parties shall be prepared to select a mutually agreeable trial date at the next status conference.

DATED: 6/24/2022

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES DISTRICT JUDGE